1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     SHAWN G. BRADSHAW,                              No.  2:16-cv-2445-EFB

12                      Petitioner,

13           v.                                        ORDER

14     WIL MONTGOMERY,

15                      Respondent.

16

17           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18     28 U.S.C. § 2254.  Because petitioner challenges a sentence imposed by the Kings County

19     Superior Court, petitioner should have commenced this action in the Fresno Division of the

20     United States District Court for the Eastern District of California.  *See* E.D. Cal., Local Rule

21     120(d).  When a civil action has not been commenced in the proper division of a court, the court

22     may transfer the action to the proper division. *See* E.D. Cal., Local Rule 120(f).

23           Accordingly, it is hereby ordered that:

24           1.  This action is transferred to the district court in Fresno.

25           2.  The Clerk of Court shall assign a new case number.

26     /////

27     /////

28     /////

                                                   1

1    3.   All future filings shall bear the new case number and shall be filed at:

2          United States District Court
3          Eastern District of California
     2500 Tulare Street
4          Fresno, CA 93721

5    Dated:  October 17, 2016.

6                                    _____
                                     EDMUND F. BRENNAN
7                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28